II.   **ADDRESSES AND INFORMATION**

A.   **PLAINTIFF**

Muhammad Walid A.

Name (Last, First, MI)

KG-4796

Inmate Number

SCI Mahanoy

Place of Confinement

301 MoreA Rd.

Address

Frackville, PA. 17932

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___   Pretrial detainee

___   Civilly committed detainee

___   Immigration detainee

X   Convicted and sentenced state prisoner

___   Convicted and sentenced federal prisoner

B.   **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Imam Abu Abas Moosa RichERSON

Name (Last, First)

Imam of The Salafi Sect in Pittsburgh PA.

Current Job Title

Masjid Al-Awwal 1911 Wayne Avenue

Current Work Address

Pittsburgh PA. 15219

City, County, State, Zip Code

Defendant 2:

FaRRaKhaN Louis MiNisTeR

Name (Last, First)

MiNisTeR of The NatioN of Islam

Current Job Title

FiNal Call BuildiNg 734 E 79th STReet

Current Work Address

CHicAgo Ill. 60620

City, County, State, Zip Code


Defendant 3:

RichERSoN Moosa Abbas Abu IMAM

Name (Last, First)

IMAM of The Salafi Sect in Pittsburgh

Current Job Title

Masjid Al-AwwAl 1911 WAYNE AVENUE

Current Work Address

Pittsburgh PA. 15219

City, County, State, Zip Code


Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code


Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

## III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

THESE EVENTS to place at SCI Mahanoy AS A ANGRY REACTION ON JUNE 8 2020 up until Now about FREEDOM of Religion

B.    On what date did the events giving rise to your claim(s) occur?

ON JUNE 8 2020 up UNTIL NOW About FREEDOM of Religion

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

About FREEDOM of Religion: Abu Abas Moosa Richerson and Minister Louis Farrakhan has been a widespread and adverse plot about me because I AM a Salafi Muslim and claim to be the Salafi Sect I AM from CHESTER PA. I AM a follower of the Salafi Sect IMAM Abu Abas Moosa Richerson he is from Pittsburgh PA. Minister Louis Farrakhan is from CHICAGO Ill. both of these are together and Clandestine ▬▬▬▬▬ Critcal in implicating by way of a inward Rigged infest inRoads invade Noisome "Mental Cruelty Mental Abuse" causing me pain and suffering injuries to my head, throat, denying and Relective depriving me in calumny my legal Right to practice "FREEDOM of Religion" the Salafi Sect. I AM clairvoyance clairaudience about this conspiring. I am a follower of the Salafi sect in seclusion.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

CRUEL AND UNUSUAL PUNISHMENT MY LEGAL Rights AS IN ENTRAPMENT CRIMINAL COERCION. CONSPIRACY HAVE BEEN VIOLATED. About FREEDOM of Religion

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

SEVERE INJURIES to MY throat AND HEAd INWARD, Epiglottis AND CApituluM

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I AM SEEKING both types of Relief AND MONETARY Relief MENTAL DAMAGES

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Walid A. Muhammad
Signature of Plaintiff

3-24-2021
Date

3-24-2021

**Brief Motion:**

about Freedom of Religion, Abu Abbas Moosa Richardson and Minister Louis Farrakhan has been a widespread and adverse plot about me because I am a Salafi Muslim and claim to be the Salafi Sect I am from Chester Pa. I am a follower of the Salafi Sect Abu Abbas Moosa Richardson he is from Pittsburgh Pa., Minister Louis Farrakhan is from Chicago Ill, both of these men are together and a clandestine Critical in implicating by way of a inward rigged infest inroads invade noisome "Mental Cruelty Mental Abuse" causing me pain and suffering injuries to my head and throat, denying and rejective depriving me, in calumny my legal right to practice "Freedom of Religion" the Salafi Sect I am clairvoyance clairaudience about this conspiring I am a follower of the Salafi Sect in seclusion. I went to medical and they gave me treatment medication for my injuries and pain and suffering.

Walid Abdullah Muhammad

3-24-2021

Summary Judgment Motion:

About Freedom of Religion Abu Abbas Moosa Richardson and Minister Louis Farrakhan has been a widespread and adverse plot about me because I am a Salafi Muslim and claim to be the Salafi Sect I am from Chester Pa. I am a follower of the Salafi Sect Abu Abbas Moosa Richardson he is from Pittsburgh Pa., Minister Louis Farrakhan is from Chicago Ill. both these men are together and a clandestine critical in implicating by way of a inward rigged infest inroads invade noisome "Mental Cruelty Mental Abuse" causing me pain and suffering injuries to my head and throat, denying and rejective depriving me in calumny my legal right to practice Freedom of Religion the Salafi Sect I am Clairvoyance, Clairaudience about this conspiring, I am a follower of the Salafi Sect in seclusion. I went to medical and they gave me treatment medication for my injuries and pain and suffering.

Walid Abdullah Muhammad

Discovery:

When I discovered and became aware of the widespread conspiring plot I took a interest and concern about Freedom of Religion and Abu Abbas Moosa Richardson and Minister Louis Farrakhan I realized has been a widespread and adverse plot about me because I am a Salafi Muslim and claim to be the Salafi Sect I am from Chester Pa. I am a follower of the Salafi Sect Abu Abbas Moosa Richardson he is from Pittsburgh Pa., Minister Louis Farrakhan is from Chicago Ill. both of these men are together and a clandestine Critical in implicating by way of a inward rigged Infest inroads invade noisome Mental Cruelty Mental Abuse causing me pain and suffering injuries to my head and throat, denying and rejective depriving me in calumny Me legal right to practice Freedom of Religion the Salafi Sect I am clairvoyance Clairaudience about this conspiring I am a follower of the Salafi Sect in seclusion. I went to medical and they gave me treatment medication for my injuries and pain and suffering.

Walid Abdullah Muhammad

3-24-2021

Interrogatories:

1. Imam Abu Abbas Moosa Richardson why do you refuse to submit me as a Salafi Muslim Sect.

2. Minister Louis Farrakhan deny me as a Salafi Muslim Sect this is not your business.

3. Imam Abu Abbas Moosa Richardson why are you continuing reject me Freedom of Religion to practice the Salafi Sect as a Muslim.

4. Minister Louis Farrakhan why do you keep depriving resistance about me being a Salafi Muslim Sect.

5. Imam Abu Abbas Moosa Richardson adverse and oppose me Freedom of Religion to practice the Salafi Sect.

6. Minister Louis Farrakhan why don't you consider and admit me being a Salafi Muslim Sect.

7. Imam Abu Abbas Moosa Richardson accept me and stop rejecting me as a Salafi Muslim Sect.

8. Minister Louis Farrakhan why don't you stop dislike and trying to disagree with me being a Salafi Muslim Sect.

9. Imam Abu Abbas Moosa Richardson why do you keep trying to remove me out of the Salafi Sect.

10. Minister Louis Farrakhan why don't you stop annoying and threating also misrepresenting also implicating as a Salafi Muslim Sect.

Walid Abdullah Muhammad

3-24-2021

Material Facts:

1. Imam Abu Abbas Moosa Richardson did refuse me as a follower of the Salafi Sect in seclusion.

2. Minister Louis Farrakhan does resent and hate me being a Salafi Muslim Sect.

3. Imam Abu Abbas Moosa Richardson disagree to admit me as a Salafi Muslim Sect.

4. Minister Louis Farrakhan rejects and will not accept me being a Salafi Muslim Sect.

5. Imam Abu Abbas Moosa Richardson continue to plot and deny me Freedom of Religion as a Salafi Muslim Sect.

6. Minister Louis Farrakhan is a widespread adverse depriving me to consider me as a Salafi Muslim Sect.

7. Imam Abu Abbas Moosa Richardson dislike and oppose to submit me as a Salafi Muslim Sect as in Freedom of Religion.

8. Minister Louis Farrakhan is trying to remove me out of the Salafi Sect by a resistance force.

9. Abu Abbas Moosa Richardson and Minister Louis Farrakhan despise and abhor and detest me being in the Salafi Muslim Sect.

Walid Abdullah Muhammad

3-24-2021

Statement of Amount of Damages:

Relief sought: $100,000

Walid Abdullak Muhammad

Smart Communications/PADOC

WALID A. MUHAMMAD-KG-4796

SCI Mahanoy

P.O. Box 33028

St. Petersburgh, FL 33733

Office of The Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BLDG+U.S. Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON

MAR 31 2021

PER _____
DEPUTY CLERK